

# EXHIBIT 1

MULTI-STATE APPLICATION - Credit reports may be obtained in connection with your application.
IMPORTANT NOTICE: To obtain a copy of the Credit Acceptance Corporation Privacy Policy, please call toll-free 877-288-6357

0024673872-1

| Application Type: [X] Individual | [ ] Joint for | SETARA A TYSON | Dealer | CAR SOURCE | Lot # | BA7 |

**Customer Information and Physical Address** (Complete a separate application for applicant and joint applicant)

| SSN | 363 - 08 - 0168 | DOB | 03 / 23 / 1989 | Optional* if you desire. [ ] Mr  please choose one. [ ] Mrs [ ] Ms | Maiden Name | |

| First Name | SETARA | MI | A | Last Name | TYSON | | [ ] II [ ] III [ ] IV  [ ] Sr [ ] Jr |

| Street Number | 19411 | Street Name | CHAREST ST | Apt | | Primary Driver | [X] Yes [ ] No |

| City | DETROIT | State | MI | Zip Code | 48234 |

| Primary Phone | 313 | 286 | 7189 | Extension | [X] Cell** [ ]Home [ ]Other | Email | |
| Secondary Phone | | | | Extension | [ ]Cell [ ]Home [ ]Work [ ]Other | Email | |
| Phone | | | | Extension | [ ]Cell [ ]Home [ ]Work [ ]Other | Email | |
| Phone | | | | Extension | [ ]Cell [ ]Home [ ]Work [ ]Other | Email | |
| Phone | | | | Extension | [ ]Cell [ ]Home [ ]Work [ ]Other | Email | |

| Vehicle Insurer Name | IDS PROPERTY CASUALTY | | Insurer Phone | 920 | 330 | 5916 | Max deductible = $550  Make Credit Acceptance lona payee/lienholder |
| Policy # | | Agent | | Driver License # | | License Plate# | |

**Mailing Address (if different than current residence)**

| Street Number | 19411 | Street Name | CHAREST ST | Apt# | | City | DETROIT | State | MI | Zip Code | 48234 |

**Previous Address**

| Street Number | | Street Name | | Apt# | | City | | State | | Zip Code | |

**Residence Information**

| Residence Owned By | [ ]Self or Spouse [ ]Landlord [ ]Military [X]Relative | At Residence Since | 01 / 2009 |

| [ ]Savings [X]Checking  [ ]Prepaid Debit Card | Bank Name | BANK OF AMERICA |

| Landlord Name | LESLIE TYSON | | Phone | 586 | 804 | 3639 | Extension |
| Street Number | | Street Name | | Apt# | | City | | State | | Zip Code | |

**Primary Income Information** (Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation)

| Income Type | [X]Employee (Gets W2) [ ]Self Employed (No W2) | [ ]Fixed Income* [ ]Unemployed  [ ]Temp Service Employee |

| Monthly Pay $ | 1,817.38 | Start/Hire Date | 06 / 10 / 2013 |

| Employer Name | MCDONALDS (SOUTHFIELD) | Occupation | |

| Street Number | | Street Name | | Ste# | | City | SOUTHFIELD | State | MI | Zip Code | |

| Employment Verification Phone | 248 | 594 | 4773 | Extension | |

| Physical Work Location Name | | Physical Work Location Phone | | Extension | |

| Street Number | | Street Name | | Ste# | | City | | State | | Zip Code | |

**Secondary Income Information** (Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation):

| Income Type | [ ]Employee (Gets W2) [ ]Self Employed (No W2) | [ ]Fixed Income* [ ]Unemployed  [ ]Temp Service Employee |

| Monthly Pay $ | | Start/Hire Date | / / |

| Employer Name | | Occupation | |

| Street Number | | Street Name | | Ste# | | City | | State | | Zip Code | |

| Employment Verification Phone | | | | Extension | |

| Physical Work Location Name | | Physical Work Location Phone | | Extension | |

| Street Number | | Street Name | | Ste# | | City | | State | | Zip Code | |

Multi-State - Credit Application (06/12)
© 2012 Copyright Credit Acceptance Corporation. All Rights Reserved

MULTI-STATE APPLICATION - Credit reports may be obtained in connection with your application.
IMPORTANT NOTICE: To obtain a copy of the Credit Acceptance Corporation Privacy Policy, please call toll-free 877-288-6357

Credit
Acceptance
We change lives!

0024673872-2

**Third Income Information** *("Alimony, child support, or separate maintenance income need not be revealed if you do not with to have it considered as a basis for repaying this obligation")*

| Income Type | ☐ Employee (Gets W2) ☐ Self Employed (No W2) | ☐ Fixed Income* ☐ Unemployed ☐ Temp Service Employee | | | | |
|---|---|---|---|---|---|

Monthly Pay $ _____  Start/Hire Date __/__/__

Employer Name _____   Occupation _____

Street Number ____ Street Name _____ Ste# ___ City ____ State ___ Zip Code ___

Employment Verification Phone _____ Extension ___

Physical Work Location Name _____   Physical Work Location Phone _____ Extension ___

Street Number ____ Street Name _____ Ste# ___ City ____ State ___ Zip Code ___

**California Applicants:** If you are married, you may apply for a separate account.

**Ohio Applicants:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**WISCONSIN RESIDENTS ONLY: Notice to married applicants:** No provision of any marital property agreement, a unilateral statement under Wis. Stat. § 766.59 or a court decree under Wis. Stat. § 766.70 adversely affects the interest of the creditor unless the creditor, prior to the time the credit is granted, is furnished a copy of the agreement, statement or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred. The credit being applied for, if granted, will be incurred in the interest of my marriage or family. I understand that the creditor may be required by law to give notice of the credit transaction to my spouse.

I acknowledge that pursuant to the Fair Credit Reporting Act, my application will be submitted to Credit Acceptance Corporation, a Michigan corporation, and/or any of its affiliates or subsidiaries or divisions ("Credit Acceptance") for review with the assignment of a sales finance contract written, or to be written, in connection with my purchase.

I certify that the above information is complete and accurate. I understand and acknowledge that Credit Acceptance will retain this application whether or not it is approved.

I also understand and acknowledge that if I ask, I will be informed if a credit report has been requested in connection with this application for credit, and the name and address of the Credit Reporting Agency that furnished the report.
** **Email and Cellular Communication Consent:** By signing below I authorize and give consent to Credit Acceptance to use the email address and cellular telephone numbers I have provided on this application or which Credit Acceptance obtains to communicate with me for any purpose whatsoever, including but not limited to communication regarding my account activity, status and to collect any debt obligation I owe to Credit Acceptance. This authorization includes consent for Credit Acceptance to make calls to any of my current or future cellular telephone numbers using any automatic telephone dialing systems or artificial or prerecorded voice.

**Spousal Consent:** By signing below I authorize and give consent to Credit Acceptance to discuss my account with my spouse, if applicable, including discussing my account activity, status and payment arrangements.

Applicant Signature _____   Date 08/10/2013

Multi-State - Credit Application (06/12)
© 2012 Copyright Credit Acceptance Corporation. All Rights Reserved