

**19100 John R.**
**Detroit MI 48203**
**PH: (313) 893-1515**
**FAX: (313) 893-6370**

## INVOICE

August, 12 2013

Deposit on 2006 Chevrolet Cobalt

PAID:                $ 1248.00

BALANCE:          $ 1500.00

Signature_____ Date  8-12-2013