

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

| | |
|---|---|
| Job #: | 140320MSM |
| Job Date: | 03/20/2014 |
| Order Date: | 03/20/2014 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

## Invoice

| | |
|---|---|
| Invoice #: | 555421 |
| Inv. Date: | 04/01/2014 |
| Balance: | $437.90 |

**Bill To:**
Ian B. Lyngklip
Lyngklip & Associates
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

| | |
|---|---|
| Action: | Tyson, SeTara |
| | vs |
| | John R Service Center, et al |
| Action #: | |
| Rep: | MSM |
| Cert: | 2258 |

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance (2.25 hrs) | | 1.00 | $65.00 |
| 2 | Rami Kamil | Original Transcript incl. e-trans & S/H | Pages | 101 | $358.30 |
| 3 | | Document Imaging | Total | 1.00 | $14.60 |

**Comments:**

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $437.90 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $437.90 |
| Payment | $0.00 |
| Balance Due | $437.90 |

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Ian B. Lyngklip
Lyngklip & Associates
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

**Deliver To:**
Ian B. Lyngklip
Lyngklip & Associates
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

## Invoice

| | |
|---|---|
| Invoice #: | 555421 |
| Inv. Date: | 04/01/2014 |
| Balance: | $437.90 |
| Job #: | 140320MSM |
| Job Date: | 03/20/2014 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com