

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141119KRC
Job Date: 11/19/2014
Order Date: 11/19/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 572406
Inv.Date: 12/05/2014
Balance: $278.65

**Bill To:**
Ian B. Lyngklip
Lyngklip & Associates
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

Action: **Tyson, Setara**
VS
**Sterling Rentals, Inc., et al**
Action #: 13-CV-13490
Rep: **KRC**
Cert: **8055**

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance (1.75 hrs) | | 1.00 | $50.00 |
| 2 | Jon Lun | Original Transcript incl. e-mail & S/H | Pages | 58 | $216.40 |
| 3 | | Document Imaging | Total | 1.00 | $12.25 |

Comments:

Offices in: Bingham Farms/Southfield l Grand Rapids l Ann Arbor l Detroit l Flint l Jackson l Lansing l Mt. Clemens l Saginaw

| | |
|---|---|
| Sub Total | $278.65 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $278.65 |
| Payment | $0.00 |
| **Balance Due** | **$278.65** |

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Ian B. Lyngklip
Lyngklip & Associates
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

**Deliver To:**
Ian B. Lyngklip
Lyngklip & Associates
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

# Invoice

Invoice #: 572406
Inv.Date: 12/05/2014
Balance: $278.65
Job #: 141119KRC
Job Date: 11/19/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com