

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

| | |
|---|---|
| Job #: | 141208KRC |
| Job Date: | 12/08/2014 |
| Order Date: | 12/08/2014 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

## Invoice

| | |
|---|---|
| Invoice #: | 572693 |
| Inv.Date: | 12/10/2014 |
| Balance: | $155.00 |

**Bill To:**
Ian B. Lyngklip
Lyngklip & Associates
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

| | |
|---|---|
| Action: | **Tyson, Setara** |
| | VS |
| | **Sterling Rentals, Inc.** |
| Action #: | 13-CV-13490 |
| Rep: | KRC |
| Cert: | 8055 |

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | DIFS Rep | Cancellation | Item | 1.00 | $60.00 |
| 2 | | Video Cancellation | Incident | 1.00 | $95.00 |

**Comments:**

Offices in: Bingham Farms/Southfield l Grand Rapids | Ann Arbor l Detroit l Flint l Jackson l Lansing l Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $155.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $155.00 |
| Payment | $0.00 |
| **Balance Due** | $155.00 |

Federal Tax I.D.: 38-3231100     Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Ian B. Lyngklip
Lyngklip & Associates
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

**Deliver To:**
Ian B. Lyngklip
Lyngklip & Associates
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

## Invoice

| | |
|---|---|
| Invoice #: | 572693 |
| Inv.Date: | 12/10/2014 |
| Balance: | $155.00 |
| Job #: | 141208KRC |
| Job Date: | 12/08/2014 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com