

**Bienenstock**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141211KRC2
Job Date: 12/11/2014
Order Date: 12/11/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 573801
Inv.Date: 12/31/2014
Balance: $532.10

Bill To:
Ian B. Lyngklip
Lyngklip & Associates
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

Action: Tyson, Setara
vs
Sterling Rentals, Inc., et al
Action #: 13-CV-13490
Rep: KRC
Cert: 8055

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance (1.25 hrs) | | 1.00 | $35.00 |
| 2 | Ali Chami | Original Transcript incl. e-mail & S/H | Pages | 52 | $209.60 |
| 3 | | Videotape Deposition (1.5 hrs) | | 1.00 | $282.50 |
| 4 | | Document Imaging | Total | 1.00 | $5.00 |

Comments:

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $532.10 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $532.10 |
| Payment | $0.00 |
| Balance Due | $532.10 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Ian B. Lyngklip
Lyngklip & Associates
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

Deliver To:
Ian B. Lyngklip
Lyngklip & Associates
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

## Invoice



**Bienenstock**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Invoice #: 573801
Inv.Date: 12/31/2014
Balance: $532.10
Job #: 141211KRC2
Job Date: 12/11/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: