| Premier Process Serving, L.L.C. | **INVOICE** | Invoice #PJC-2014021634 |
|---|---|---|
| 43622 Elizabeth Rd | | 12/16/2014 |
| Clinton Twp, MI 48036 | | |
| Phone: (586) 783-1200 | | |
| Fax: (586) 783-1290 | | |
| 26-1293224 | | |



Laura Branco
LYNGKLIP & ASSOCIATES
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

**Case Number: 13-CV-13490**

Plaintiff:
**SETARA TYSON**

Defendant:
**STATE OF MICHIGAN DEPARTMENT OF INSURANCE AND FINANCIAL SERVICES**

Received: 12/10/2014   Served: 12/15/2014 3:17 pm   INDIVIDUAL/PERSONAL
To be served on: STATE OF MICHIGAN DEPARTMENT OF INSURANCE & FINANCIAL SERVICES

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Attempt Fee | 1.00 | 45.00 | 45.00 |
| **TOTAL CHARGED:** | | | **$45.00** |
| **BALANCE DUE:** | | | **$45.00** |

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT.
THANK YOU FOR YOUR BUSINESS!!!

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6 5n