# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

SeTara Tyson,

|                                                                 |                                                         |
| --------------------------------------------------------------- | ------------------------------------------------------- |
| Plaintiff,                                                      | Case No. 13-13490                                       |
| v.                                                              | Judith E. Levy<br>United States District Judge          |
| John R. Service Center, Inc.,<br>Credit Acceptance Corp., Sterling | Mag. Judge Mona K. Majzoub                              |
| Car Rental, Inc., d/b/a Car Source,                             |                                                         |
| Al Chami, and Rami Kamil,                                        |                                                         |
| Defendants.                                                     |                                                         |

_____/

## ORDER GRANTING MOTION TO COMPEL [159]

Before the Court is Plaintiff SeTara Tyson's motion to compel
Defendants Car Source, Al Chami, and Rami Kamil to produce
documents and respond to interrogatories. (ECF No. 159.) Defendants
were ordered to respond to Plaintiff's motion no later than January 13,
2020 and did not respond. (ECF No. 160.)

Having considered the unopposed motion and applicable law, the
Court grants Plaintiff's motion. Plaintiff obtained a judgment in this
case, which Defendants have not paid. She served discovery on

Defendants in the aid of a judgment or execution under Federal Rule of Civil Procedure 69(a)(1). Plaintiff attached the discovery requests to her motion, which she served on Defendants on November 26, 2019. (ECF Nos. 159-2–159-7.) Defendants did not respond or otherwise object to the discovery requests in the time period allowable under the Federal Rules of Civil Procedure. (ECF. 159, PageID.1965.) Accordingly, any objections they may have had are now waived.

Defendants' failure to respond to Plaintiff's post-judgment discovery is inexcusable and appears to be part of a pattern. Defendants did not respond to Plaintiff's motion for a preliminary injunction and to take depositions of Sterling Rental, Inc., Al Chami, and Rami Kamil. (ECF No. 151.) They did not respond to Plaintiff's motion for an order allowing them access and use of consumer credit reports relating to Defendants Al Chami and Rami Kamil. (ECF No. 153.) They have failed to respond to Plaintiff's interrogatories and document requests and failed to respond to this motion. Defendants did not appeal or otherwise seek a stay of execution in this case. Instead, they have chosen to disregard the outcome of the case, which is not permissible.

As set forth above, Defendants have waived any objections they may have had by failing to submit responses by the original deadline. Defendants are ordered to respond in full to Plaintiff's discovery requests by January 24, 2020. Accordingly, Plaintiff's motion to compel is GRANTED.

IT IS SO ORDERED.

Dated: January 16, 2020
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, January 16, 2020, using the Electronic Court Filing system and/or first-class U.S. mail.

s/William Barkholz
Case Manager